NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

HTC CORPORATION AND HTC AMERICA, INC.,
*Plaintiffs-Appellees,*

v.

IPCOM GMBH & CO., KG,
*Defendant-Appellant.*

2011-1004

Appeal from the United States District Court for the District of Columbia in 08-CV-1897, Judge Rosemary M. Collyer.

## ON MOTION

Before RADER, *Chief Judge.*

## ORDER

IPCom GmbH & Co., KG moves for judicial notice of various published patents. The appellees oppose. IPCom replies.

Because the patents were not presented to the district court for its consideration, and thus the appellees did not

have the opportunity to respond in the district court, we deny the motion.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

APR 1 1 2011                    /s/ Jan Horbaly
Date                            Jan Horbaly
                                Clerk

cc: Mitchell G. Stockwell, Esq.
    Michael A. Oblon, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2011

JAN HORBALY
CLERK